IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-069 |
| | ) | |
| LARRY LEMONSHEU JENKINS | ) | |

**O R D E R**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 35.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Defendant's motion to suppress as to the fruits of the February 29, 2024 vehicle search, and **GRANTS** Defendant's motion to suppress as to the fruits of the March 11, 2024 vehicle search. (Doc. no. 17.)

SO ORDERED this __13th__ day of July, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA